1  JOHN V. JOHNSON
   Attorney for Plaintiff
2  MCGREGOR SCOTT
   United States Attorney
3  DEBORAH LEE STACHEL, Bar No. 230138
   Regional Chief Counsel, Region IX
4  Social Security Administration
   Karen S. Clark
5  Special Assistant United States Attorney

6       160 Spear Street, Suite 800
        San Francisco, California 94105
7       Telephone: (415) 977-8979
        Facsimile: (415) 744-0134
8       E-Mail: Karen.S.Clark@ssa.gov

9  Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER MICHAEL DUNN, ) | No. 2:17-cv-01791 DB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval of the Court, that Christopher Michael Dunn, will be awarded attorney fees in the amount of SIX THOUSAND FIVE HUNDRED and NO CENTS DOLLARS ($6,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. section 2412(d).

After the Court issues an order for EAJA fees to Christopher Michael Dunn, the Defendant will consider any assignment of EAJA fees to John V. Johnson pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the

1

United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Christopher Michael Dunn, but if the Department of the Treasury determines that Christopher Michael Dunn, does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John V. Johnson, pursuant to any assignment executed by Plaintiff. Any payment made shall be delivered to John V. Johnson.

This stipulation constitutes a compromise settlement of Christopher Michael Dunn's request for EAJA attorney fees and does not constitute an admission of liability on the part of the Defendant under EAJA. Payment of the agreed amount shall constitute complete release from, and bar to, any and all claims that Christopher Michael Dunn, and/or John V. Johnson may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of John V. Johnson to seek Social Security Act attorney fees under 42 U.S.C. section 406(b) subject to the savings clause provisions of EAJA.

Respectfully Submitted,

DATED: November 30, 2018 / s / John V. Johnson
(As authorized
johnvjohnson@sbcglobal.net)
John V. Johnson
Attorney for Plaintiff

DATED: November 30, 2018 MCGREGOR SCOTT
United States Attorney
DEBORAH L. STACHEL Acting
Regional Chief Attorney, Region IX
Social Security Administration

By: / s / Karen S. Clark
KAREN S. CLARK
Special Assistant U.S. Attorney
Attorney for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: December 7, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\dunn1791.stip.eaja.ord